# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | US Pharmacopeial | 11/25/2022 | 266342 | Check | $ 44,254.95 |
| Akorn Operating Company, LLC | US Pharmacopeial | 12/6/2022 | 266481 | Check | $ 49,112.95 |
| Akorn Operating Company, LLC | US Pharmacopeial | 12/16/2022 | 266617 | Check | $ 22,582.43 |
| Akorn Operating Company, LLC | US Pharmacopeial | 12/22/2022 | 266640 | Check | $ 24,197.34 |
| Akorn Operating Company, LLC | US Pharmacopeial | 1/6/2023 | 266956 | Check | $ 10,138.64 |
| Akorn Operating Company, LLC | US Pharmacopeial | 1/9/2023 | 266888 | Check | $ 31,775.94 |
| Akorn Operating Company, LLC | US Pharmacopeial | 1/12/2023 | 267038 | Check | $ 5,023.50 |
| Akorn Operating Company, LLC | US Pharmacopeial | 1/19/2023 | 267084 | Check | $ 23,552.70 |
| Akorn Operating Company, LLC | US Pharmacopeial | 2/1/2023 | 267214 | Check | $ 2,650.00 |
| Akorn Operating Company, LLC | US Pharmacopeial | 2/2/2023 | 267143 | Check | $ 15,155.25 |
| Akorn Operating Company, LLC | US Pharmacopeial | 2/8/2023 | 267319 | Check | $ 6,942.26 |
| Akorn Operating Company, LLC | US Pharmacopeial | 2/13/2023 | 267374 | Check | $ 21,703.38 |
| | | | | | $ 257,089.34 |