UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:   Chapter 7

Case Nos. 23-10253 (KBO)/Case No. 25-50212(KBO)

Debtor: Akorn Holding Company LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Scott E. Blakeley

to represent The United States Pharmacopeial Convention, Inc.

in this action.

Firm Name: Loizides, P.A.
Address: 1225 King St., Suite 800
Wilmington, DE 19801
Phone: loizides@loizides.com
Email:

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Firm Name: Blakeley LC
Address: 530 Technology Drive, Suite 100
Irvine, CA 92618
Phone: SEB@BlakeleyLC.com
Email:

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105