# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDINGS COMPANY LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                Plaintiff,<br>vs.<br><br>THE UNITED STATES PHARMACOPEIAL CONVENTION, INC.,<br><br>                Defendant | Adv. Proc. No. 25-50212 (KBO) |

## THE UNITED STATES PHARMACOPEIAL CONVENTION, INC.'S NOTICE OF SERVICE OF DISCOVERY RESPONSES

The defendant, The United States Pharmacopeial Convention, Inc. ("USP") by and through its attorneys, hereby gives notice that on July 11, 2025, it served the following discovery response(s) on the plaintiff, George Miller, in his capacity as Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC: (1) The United States Pharmacopeial Convention, Inc.'s Disclosures Under Rule 26(a)(1) of the Federal Rules of Civil Procedure and Federal Rule of Bankruptcy Procedure 7026. The discovery responses were served by emailing them to the following parties:

    Evan T. Miller, Esq. – Evan.miller@saul.com
    Paige N. Topper, Esq. – Paige.topper@saul.com
    Michelle G. Novick, Esq. – Michelle.novick@saul.com

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.  08736.

1

Turner N. Falk, Esq. – Turner.falk@saul.com

                                                Respectfully Submitted,

Dated: July 11, 2025                 BLAKELEY LC

                                        By:  /s/ Scott E. Blakeley
                                                Scott E. Blakeley (CA Bar No. 141418)
                                                Blakeley LC
                                                530 Technology Drive, Suite 100
                                                Irvine, CA 92618
                                                Phone: 949-260-0611
                                                SEB@BlakeleyLC.com

                                                -and-

                                                Christopher D. Loizides (DE Bar No. 3968)
                                                Loizides, P.A.
                                                1225 King Street, Suite 800
                                                Wilmington, DE  19801
                                                Phone: 302-654-0248
                                                loizides@loizides.com

                                                Attorneys for Defendant The United States Pharmacopeial Convention, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDINGS COMPANY LLC, *et al.*,[2]<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br>　　　　　　　Plaintiff,<br>vs.<br><br>THE UNITED STATES PHARMACOPEIAL CONVENTION, INC.,<br><br>　　　　　　　Defendant | Adv. Proc. No. 25-50212 (KBO) |

**CERTIFICATE OF SERVICE**

On July 11, 2025, I hereby certify that I served the following: (1) **The United States Pharmacopeial Convention, Inc.'s Notice of Service of Discovery Responses**, and (2) **Certificate of Service** in this action upon Defendant, c/o counsel by using the Court's Electronic Filing System:

Saul Ewing LLP
c/o Evan T. Miller, Esq. evan.miller@saul.com
c/o Paige N. Topper, Esq. paige.topper@saul.com

Dated: July 11, 2025　　　　　　　　　BLAKELEY LC

　　　　　　　　　　　　　　　　By:　/s/ Scott E. Blakeley
　　　　　　　　　　　　　　　　　　Scott E. Blakeley (CA Bar No. 141418)
　　　　　　　　　　　　　　　　　　Blakeley LC
　　　　　　　　　　　　　　　　　　530 Technology Drive, Suite 100
　　　　　　　　　　　　　　　　　　Irvine, CA 92618
　　　　　　　　　　　　　　　　　　Phone: 949-260-0611
　　　　　　　　　　　　　　　　　　SEB@BlakeleyLC.com

---

[2] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.  08736.

       -and-

       Christopher D. Loizides (DE Bar No. 3968)
       Loizides, P.A.
       1225 King Street, Suite 800
       Wilmington, DE  19801
       Phone: 302-654-0248
       loizides@loizides.com

       Attorneys for Defendant The United States
       Pharmacopeial Convention, Inc.