**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES PHARMACOPEIAL CONVENTION, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50212 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 11, 2025, a copy of the

*Plaintiff's Initial Disclosures* was served via E-mail on the parties below:

| ***E-mail***<br>Blakeley LC<br>Attn: Scott E. Blakeley<br>530 Technology Drive, Suite 100<br>Irvine, CA 92618<br>seb@blakeleylc.com | Loizides, P.A.<br>Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>loizides@loizides.com |
|---|---|

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

55877344.1 07/11/2025

                              **SAUL EWING LLP**

By: */s/ Paige N. Topper*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    *Counsel to Plaintiff*

Dated: July 11, 2025