**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES PHARMACOPEIAL CONVENTION, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50212 (KBO)<br><br>**Re: Adv. D.I. 3, 5, 6, & 7** |

**STIPULATION REGARDING DISCOVERY RESPONSE DEADLINE**

WHEREAS, on April 28, 2025, George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC ("Plaintiff") issued the *Summons and Notice of Pretrial Conference* ("Summons") [Adv. D.I. 3] in the above-captioned adversary proceeding on Defendant The United States Pharmacopeial Convention, Inc., ("Defendant" and, together with Plaintiff, the "Parties");

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

WHEREAS, on May 20, 2025, the Parties filed their *Stipulation to Extend Time for Responsive Pleading* [D.I. 5] with the United States Bankruptcy Court for the District of Delaware ("Court") pending the Court's consideration of the Plaintiff's proposed form of scheduling order;

WHEREAS, on June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff* (the "Procedures Order") [Adv. D.I. 6] which, among other things, extended Defendant's deadline to answer, move or otherwise respond to the Complaint to ninety days after the issuance of the Summons and established various discovery-related deadlines for this adversary proceeding.

WHEREAS, on June 25, 2025, the Defendant filed its *Answer to Complaint tor Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 547, 548 & 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 7].

WHEREAS, on July 28, 2025, the Plaintiff served its First Set of Interrogatories, Request for Production of Documents and Request for Admissions on Defendant.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. The above recitals are true and correct and are incorporated by reference.

2. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all discovery-related deadlines set forth in Section E of the Procedures Order are extended by an additional ninety (90) days.

Dated: September 22, 2025

**SAUL EWING LLP**

/s/ *Paige N. Topper*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel for Plaintiff*

**BLAKELEY LC**

*/s/ Scott E. Blakeley*
Scott E. Blakeley
530 Technology Drive, #100
Irvine, California 92618
Telephone: (949) 260-0611
SEB@BlakeleyLC.com

*Counsel for Defendant*