# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDINGS COMPANY LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>           Plaintiff,<br>vs.<br><br>THE UNITED STATES PHARMACOPEIAL CONVENTION, INC.,<br><br>           Defendant | Adv. Proc. No. 25-50212 (KBO) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that Scott E. Blakeley hereby withdraws his appearance as counsel for defendant, The United States Pharmacopeial Convention, Inc., in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Scott E. Blakeley hereby requests he be removed as counsel for defendant, The United States Pharmacopeial Convention, Inc., and Blakeley LC, from all mailing and electronic case filing notice lists in the above-captioned case.

Dated: November 12, 2025                      BLAKELEY LC

                                            By:  /s/ Scott E. Blakeley      
                                                 Scott E. Blakeley (CA Bar No. 141418)
                                                 Blakeley LC
                                                 530 Technology Drive, Suite 100

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031. 08736.

1

Irvine, CA 92618
Phone: 949-260-0611
[SEB@BlakeleyLC.com](mailto:SEB@BlakeleyLC.com)

Attorneys for Defendant The United States Pharmacopeial Convention, Inc.